## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **CR. NO. 2:05-cr-00250-MHT-DRB** |
| ) | |
| **GORMAN & ASSOCIATES, L.L.C.** ) | |

### ORDER APPROVING DEFERRED PROSECUTION AGREEMENT AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

This cause is before the Court on the Joint Motion for Approval of Deferred Prosecution Agreement and Exclusion of Time Under the Speedy Trial Act submitted by the United States of America and Defendant Gorman & Associates, L.L.C. ("Gorman LLC") (doc. no. 4). Having considered the Motion and after a careful review of the Deferred Prosecution Agreement dated June 30, 2005, the attachments thereto, and the Information filed in this matter, the Court finds that the Joint Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the Joint Motion for approval of Deferred Prosecution Agreement and Exclusion of Time Under the Speedy Trial Act should be and hereby is granted.

IT IS FURTHER ORDERED that the Deferred Prosecution Agreement is hereby APPROVED by the Court and that the period of delay of twelve months set forth in Paragraph 6 of the Deferred Prosecution Agreement is for the purpose of allowing Gorman LLC to meet its obligations under the Deferred Prosecution Agreement.

IT IS FURTHER ORDERED that the twelve month period described in paragraph 6 of the Deferred Prosecution Agreement is EXCLUDED from the computation of time within which trial

on the charge set forth in the Information filed in this matter must commence pursuant to Title 18, United States Code, Section 3161(h)(2).

    SO ORDERED, this the 27th day of October, 2005.

                                                /s/ Myron H. Thompson  
                                          UNITED STATES DISTRICT JUDGE