IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR NO. 2:05cr250-MHT |
| ) | |
| GORMAN & ASSOCIATES, L.L.C. ) | |

MOTION TO DISMISS INFORMATION

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to Dismiss the Information, heretofore filed, in the above-styled cause to Gorman & Associates, L.L.C., on the following grounds, to wit: In the interest of justice.

Respectfully submitted this the 27th day of November, 2006.

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/Andrew O. Schiff
ANDREW O. SCHIFF
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
E-mail: andrew.schiff@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:05cr250-MEF |
| | ) | |
| GORMAN & ASSOCIATES, L.L.C. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: George L. Beck, Jr., Esq.

    Respectfully submitted,

    /s/Andrew O. Schiff
    ANDREW O. SCHIFF
    One Court Square, Suite 201
    Montgomery, AL 36104
    Phone: (334) 223-7280
    FAX: (334) 223-7135
    E-mail: andrew.schiff@usdoj.gov